**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01325-CV

**JOHN H. CARNEY & ASSOCIATES, Appellant**

**V.**

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02253**

## ORDER

Before the Court is appellant's motion for leave to file a corrected brief. We **GRANT**

the motion. Appellant's corrected brief received January 7, 2015 is deemed filed as of the date

of this order.

/s/    CRAIG STODDART
       PRESIDING JUSTICE